## UNITED STATES of America, Plaintiff–Appellee,

### v.

## Joseph BULLOCK, III, a/k/a Bay, a/k/a Anthony B. Bullock, a/k/a Anthony Benjamin Bullock, Defendant–Appellant.

### No. 01–7598.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2002.

Decided Jan. 30, 2002.

Joseph Bullock, III, Appellant Pro Se. David John Novak, John Staige Davis, V, Office of The United States Attorney, Richmond, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

PER CURIAM.

Joseph Bullock, III, seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Bullock,* Nos. CR–98–150; CA–00–347 (E.D.Va. Aug. 24, 2001). We also deny Bullock's motion to compel production of medical records. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*